Helen Dennis, appellee, v. D. S. Komiss & Company, appellant. Gen. No. 36,296.

Opinion filed March 6, 1933.

Marshall & Marshall, for appellant; Frank G. Marshall and Leon R. Gross, of counsel. Blake & Burns, for appellee; Harris J. Blake, Jr., of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Catherine Grams, appellee, v. Chicago City Railway Company et al., defendants, on appeal of City of Chicago, appellant. Gen. No. 36,371.

Opinion filed March 6, 1933.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; Benjamin Nelson and Jacob Schug, Assistant City Attorneys, and Carl J. Appell, Assistant Corporation Counsel, of counsel. Hogan & Simon, Paul V. Pallasch and Ewart Harris, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. William Kleats, plaintiff in error. Gen. No. 36,415.

Opinion filed March 6, 1933. Rehearing denied March 20, 1933.

Ellis & Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Andrew A. Scowley, plaintiff in error. Gen. No. 36,427.

Opinion filed March 6, 1933. Rehearing denied March 20, 1933.

John J. Whiteside, for plaintiff in error; H. M. Phipps, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.